Before Division Three: JOSEPH M. ELLIS, Presiding Judge, LISA WHITE HARDWICK, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

Jerrim Johnson appeals from the trial court's judgment convicting him of murder in the second degree and armed criminal action after a jury trial. Johnson contends that the trial court (1) erred in overruling his *Batson* objection to the State's peremptory strike of an African–American venireperson because the explanation given was a pretext for a race-based strike; and (2) plainly erred in permitting the State to present testimony from Detective Ray Lenoir and Vincent Lange that Johnson was hiding in a basement cabinet when the police arrived at his home to arrest him because the evidence was not logically relevant and its probative value was outweighed by its prejudicial value. We affirm. Rule 30.25(b).

Chris Koster, Attorney General, Jessica P. Meredith, Assistant Attorney General, Jefferson City, MO, for Respondent.

Rosalynn Koch, Assistant Public Defender, Columbia, MO, for Appellant.

Before Division I: GARY D. WITT, Presiding Judge, and THOMAS H. NEWTON and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

Martin P. Danner appeals his conviction of four counts of the class C felony of possession of a controlled substance, following a bench trial in the Circuit Court of Harrison County, Missouri. Mr. Danner claims that the trial court erred in overruling his objection to the admission of evidence he argues was obtained as the result of an unlawful search and seizure. Finding no error, we affirm in this *per curiam* order and have provided the parties with a memorandum setting forth the reasons for our decision. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**Martin Perry DANNER, Appellant.**

**No. WD 75077.**

Missouri Court of Appeals, Western District.

May 28, 2013.

STATE of Missouri, Respondent,

v.

**Gabriel R. STEWART, Appellant.**

**No. WD 75197.**

Missouri Court of Appeals, Western District.

May 28, 2013.